**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC., AND STMICROELECTRONICS N.V.<br><br>    Defendants. | Case No. 3:17-cv-07206-WHA<br><br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE** |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Lone Star Silicon Innovations LLC ("Plaintiff") and Defendants STMicroelectronics, Inc., and STMicroelectronics N.V. ("Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

1  IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are
2  dismissed with prejudice and Defendants' claims, defenses and/or counterclaims for relief against
3  Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of
4  court and expenses shall be borne by each party incurring the same.

7  SO ORDERED.

9  Dated:   June 7, 2018.

*[signature]*

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE